**ORIGINAL**

SEND
FILED
09-06-02
-6 2002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ICN Pharmaceuticals, Inc., etc., | Case Number: CV 02-6644 NM (PLAx) |
|---|---|
| Plaintiff(s), | |
| v. | |
| Hoffmann-LA Roche, Inc., et al., | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 224.

_____        Mariana R. Pfaelzer
Date                         United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge __Pfaelzer__ for all further proceedings.

9/6/02                       Nora M. Manella
Date                         United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____        _____
Date                         United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case __CV 02-3544 MRP (FMOx)__ and the present case:
- ☐ A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☒ C. involve the same patent, trademark or copyright.
- ☐ D. call for determination of the same or substantially identical questions of law.
- ☐ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Abrams__ to Magistrate Judge __Olguin__.

On all documents subsequently filed in this case, please substitute the initials __MRP (FMOx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV 02-6644 MRP (FMOx)__. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the ☒Western ☐Southern ☐Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (03/02)           ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

AUG 29 2002

ENTERED ON ICMS 9/6/02